IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

TIMOTHY ALAN ACREE,

      Appellant,

v.

                                           CASE NO.  5D23-3038
                                           LT CASE NO. 2019-DR-1566

CHRISTINE BERGER
ACREE, T.C.L.
VENTURES, P.A. D/B/A
CENTRAL FLORIDA
INSURANCE OF
MARION OAKS,

      Appellees.
_____/

DATE:      April 12, 2024

**BY ORDER OF THE COURT:**

      ORDERED  that  Appellant's  Notice  of  Voluntary  Dismissal,  filed

April 11, 2024, is accepted and the above-styled cause is dismissed.

*I hereby certify that the foregoing is*
*(a true copy of) the original Court order.*

SANDRA B. WILLIAMS, CLERK

cc:

Anne E. Raduns        Cheri A. Russell        Lawrence P. Cartelli